IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ZEVON McCARTER, #07079-017, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 11-0143-CB-C |
| JUSTIN FARMER, *et al.*, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

**DONE** this 2nd day of April, 2012.

s/*Charles R. Butler, Jr.*
**SENIOR UNITED STATES DISTRICT JUDGE**